# United States District Court
## for the
### Eastern District of Washington

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 2:17-MJ-00280-JTR |
| | ) |
| RODOLFO LEMUS-AGUILERA | ) |
| | ) |

## CRIMINAL COMPLAINT

I, Marcus Medved, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of June 20, 2017, in the county of Adams in the Eastern District of Washington, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326 | Alien in the United States After Deportation |

This complaint is based on these facts:

On or about June 20, 2017, RODOLFO LEMUS-AGUILERA, a citizen and national of Mexico, was found in the United States in Adams County, Washington, within the Eastern District of Washington by Homeland Security Investigations Special Agent, Marcus R. Medved. On or about March 8, 1994, RODOLFO LEMUS-AGUILERA had previously been arrested and deported from the United States at Otay Mesa, California. RODOLFO LEMUS-AGUILERA did not have the expressed consent of the Attorney General, or his successor, or the Secretary of the Department of Homeland Security to apply for re-entry into the United States.

I further state that I am Homeland Security Investigations Special Agent and that this complaint is based on the following facts: I have personal knowledge based upon the documents contained in the defendant's alien file, as well as through a fingerprint comparison conducted through the FBI's Integrated Automated Fingerprint Identification System (IAFIS), that RODOLFO LEMUS-AGUILERA is a citizen and national of Mexico who was arrested and deported from the United States at Otay Mesa, California on March 8, 1994. Additionally, I was present when the Defendant, RODOLFO LEMUS-AGUILERA, was arrested in Othello, Washington on June 20, 2017. Based on my knowledge as aforesaid, the Attorney General, or his successor, or the Secretary of the Department of Homeland Security has not approved the Defendant for re-admission into the United States.

☐ Continued on the attached sheet.

_____
Marcus R. Medved, Special Agent, HSI

Sworn to before me telephonically and signed electronically.

Date: ~~June~~ ~~2017~~
Jun 21, 2017, 2:24 pm

City and state: ~~Spokane, Washington~~

_____
~~John T. Rodgers, United States Magistrate Judge~~

Mary K. Dimke, United States Magistrate Judge
Yakima, WA

Complaint.docx